# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JAMES DILLON, : No. 454 WAL 2018

      Petitioner :

: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court

     v. :

COMMONWEATH OF PENNSYLVANIA,
DEPARTMENT OF TRANSPORTATION,
BUREAU OF DRIVER LICENSING, :

     Respondent :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 23rd day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.